**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **DAMON TOUSSIANT FROST, JR., Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**GOOD DAY FARM RETAIL MANAGEMENT, LLC, et al.,**<br><br>**Defendants.** | **Civil Action No. 4:26-cv-511** |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants move the Court, unopposed, to extend their deadline to respond to Plaintiff's Second Amended Complaint from November 3, 2026 up to and including November 9, 2026. In support, Defendants state as follows:

1. Defendants moved to dismiss Plaintiff's original complaint for failure to state a claim on July 27, 2026. Doc. 22.

2. On September 28, 2026, the Court granted Defendants' motion in part and denied it in part. Doc. 86.

3. Specifically, the Court dismissed Plaintiff's claim under the MMPA but granted Plaintiff leave to file an amended complaint on or before October 12, 2026. *Id.* at 12.

4. Plaintiff filed a First Amended Complaint on October 12, 2026 and a Second Amended Complaint on October 20, 2026. Docs. 89 – 90.

5. Under Fed. R. Civ. P. 15(a)(3), Defendants' current deadline to respond to the Second Amended Complaint is November 3, 2026.

6. Defendants have not previously requested any extension regarding an amended complaint.

7. Defendants have good cause for the requested extension because they require more than the 14 days allotted by Fed. R. Civ. P. 15(a)(3) to consider Plaintiff's amendment and to determine how to respond.

8. Counsel for the parties have met and conferred, and Plaintiff does not oppose this request.

9. This request is not made for purposes of delay or any other improper purpose and will not prejudice any other party in this case.

WHEREFORE, Defendants respectfully request an extension of time to file their response to Plaintiff's Second Amended Complaint up to and including November 9, 2026.

Dated: October 22, 2026

Respectfully submitted,

*/s/ Sara A. Fevurly*

Jeffrey J. Simon (MO #35558)
Sara A. Fevurly (MO #69076)
Jacob N. Reinig (MO #72247)
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 283-4636
Facsimile: (816) 983-8080
jeff.simon@huschblackwell.com
sara.fevurly@huschblackwell.com
jake.reinig@huschblackwell.com

A. James Spung, Admitted *pro hac vice*
1801 Wewatta Street, Suite 1000
Denver, CO 80202
Telephone: (303) 749-7226
Fax: (303) 749-7272
james.spung@huschblackwell.com

Michael Klebanov (MO #66540)

1801 Pennsylvania Ave, NW, Suite 1000
Washington, DC 20006
Telephone: (202) 378-2363
Fax: (202) 378-2319
michael.klebanov@huschblackwell.com

MCDERMOTT WILL & SCHULTE LLP
Raymond A. Jacobsen, Jr., Admitted *pro hac vice*
Michael S. Nadel, Admitted *pro hac vice*
Cailyn R. Knapp, Admitted *pro hac vice*
500 N. Capitol St. NW
Washington, DC 20001
Telephone: (202) 756-8028
Facsimile: (202) 756-8087
rayjacobsen@mcdermottlaw.com
mnadel@mcdermottlaw.com
cknapp@mcdermottlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served this 22nd day of October 2026, through the Court's electronic filing system, which will notify all counsel of record.

*/s/ Sara A. Fevurly*
*Attorney for Defendants*