**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DAMON TOUSSIANT FROST, JR.,<br><br>Plaintiff,<br><br>v.<br><br>GOOD DAY FARM RETAIL MANAGEMENT, LLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:26-cv-00511-SRB |

**DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Defendants[1] move to dismiss Plaintiff's Second Amended Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth below and in Defendants' Suggestions in Support.

*First*, Count I should be dismissed because Plaintiff's amended allegations still fail to demonstrate how Defendants' conspiratorial conduct could have caused the purported injury required to state a claim under the Missouri Merchandising Practices Act, Mo. Rev. Stat. § 407.025.1(2)(b).

*Second*, Count II should be dismissed because Plaintiff fails to plead specific facts showing the agreements between Defendant Good Day Farm Retail Management, LLC ("GDF") and third-party LLC investors and former owners of cannabis dispensaries constitute unlawful, concerted action. Therefore, as Plaintiff's own allegations show, the consortium engaged in lawful, unilateral conduct as a single entity that warrants application of the *Copperweld* doctrine. The allegations about the investors and owners, who play no part in the consortium, cannot transform lawful

[1] The Motion is filed by all Defendants listed on the attached Exhibit A.

business formation activities into anticompetitive concerted action, as required to state a claim under Missouri's antitrust laws, Mo. Rev. Stat. § 416.031.

This Motion does not ask the Court to reconsider any issue previously ruled upon by the Court. Defendants are now responding to Plaintiff's re-pleaded MMPA abliguritions. With respect to Plaintiff's new antitrust allegations, this is the first opportunity Defendants have had to address those new claims—since they were only briefly summarized in opposition to our earlier motion to dismiss and not subject to any detailed response—and the Court has not considered Defendants' *Copperweld* defense as to the "Consortium" itself, which Defendants believe demonstrates the lawfulness of their conduct under Plaintiff's clarified antitrust allegations.

For these reasons and the reasons set forth in Defendants' Suggestions in Support, Defendants respectfully request that the Court dismiss Plaintiff's Second Amended Complaint with prejudice.

Respectfully submitted,

*/s/ Jeffrey J. Simon*

Jeffrey J. Simon (MO #35558)
Sara A. Fevurly (MO #69076)
Jacob N. Reinig (MO #72247)
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 283-4636
Facsimile: (816) 983-8080
jeff.simon@huschblackwell.com
sara.fevurly@huschblackwell.com
jake.reinig@huschblackwell.com

A. James Spung, admitted *pro hac vice*
1801 Wewatta Street, Suite 1000
Denver, CO 80202
Telephone: (303) 749-7226
Fax: (303) 749-7272
james.spung@huschblackwell.com

Michael Klebanov, admitted *pro hac vice*
1801 Pennsylvania Ave, NW, Suite 1000
Washington, DC 20006
Telephone: (202) 378-2363
Fax: (202) 378-2319
michael.klebanov@huschblackwell.com

MCDERMOTT WILL & SCHULTE LLP
Raymond A. Jacobsen, Jr., admitted *pro hac vice*
Michael S. Nadel, admitted *pro hac vice*
Cailyn R. Knapp, admitted *pro hac vice*
500 N. Capitol St. NW
Washington, DC 20001
Telephone: (202) 756-8028
Facsimile: (202) 756-8087
rayjacobsen@mcdermottlaw.com
mnadel@mcdermottlaw.com
cknapp@mcdermottlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served this 9th day of November 2026, through the Court's electronic filing system, which will notify all counsel of record.

*/s/ Jeffrey J. Simon*
*Attorney for Defendants*

## EXHIBIT A

Good Day Farm Retail Management, LLC
3 Leaf Health, LLC
6 Eagle Investments, LLC
Beleaf Medical LLC
Boonville 4 Partners, LLC
Bootheel CannaCare Dispensary, LLC
Bootheel CannaCare LLC
Bootheel CannaCare Columbia LLC
Buffalo MMD Investments, LLC
Carrollton Grow Operations, LLC
Chaffee Cultivation, LLC
Cassville GP LLC
CC R&M Operations, LLC
CCMRB Retail LLC
Como Health LLC
District 8 Operations, LLC
Dream Leaf, LLC
Goshan MMD, LLC
Grassroots Opco MO, LLC
HanMoChill Retail, LLC
Heya Kirksville Retail, LLC
Jackson Dispensary Holdings, LLC
JAIS LLC
JK MMD Investments, LLC
Macon Dispo, LLC
Missouri Natural Re-Source, LLC
MMD Independence Missouri, LLC
New Madrid Dispensary, LLC
Organic Remedies MO, Inc.
Organic Retail Dispensaries LLC,
Ozarks MMD, LLC
P-MAC District 3, LLC
SEMO Dispo Operations, LLC
St. Claire DIS179, Inc.
STL Dispensaries 51, LLC
SW Retail Holdings, LLC
THF Partners LLC
True Level Investments, Inc.
University City Dispensary, LLC
VMO Retail, LLC
Wild MMD Investments, LLC
Zorro Retail LLC
Bon Vert Ventures, LLC

Fly Route Advisors, LLC
Missouri Vertical Investments, LLC
V-Three Retail Holdings, LLC
Good Day Farm Missouri, LLC
Good Day Farm Missouri Holdings, LLC